IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PAUL CRAIG COURTOIS,<br><br>      Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>      Defendants. | No. C 06-5228 CW (PR)<br><br>ORDER DISMISSING ACTION<br>AND TERMINATING ALL<br>PENDING MOTIONS |

    Plaintiff Paul Craig Courtois, a prisoner of the State of California who is incarcerated at Corcoran State Prison, filed a civil rights complaint pursuant to Bivens v. Six Unknown Agents, 403 U.S. 388 (1971).  Plaintiff has not paid the $350.00 filing fee and seeks leave to proceed in forma pauperis.  The Court need not address the specific allegations in Plaintiff's complaint because he has been barred from proceeding in forma pauperis in this Court.  In Courtois v. Humboldt County Superior Court, Case No. C 03-4456 CW (PR), the Court informed Plaintiff that due to his previous filings, he is "three-strikes" barred under 28 U.S.C. § 1915(g)).  See Dec. 9, 2003 Order of Dismissal in Case No. C 03-4456 CW (PR).  The only exception to this bar is when a plaintiff "is under imminent danger of serious physical injury."

    Plaintiff's allegations of wrongful arrest and confinement, the unlawful seizure of his legal files, and the illegal confiscation of funds by the Veterans Administration, do not meet the "imminent danger requirement."  Moreover, some of his claims

1   are duplicative of claims that Plaintiff asserted in several
2   prior actions which this Court dismissed.  Therefore, it would be
3   futile for the Court to grant Plaintiff leave to amend his claims
4   or for Plaintiff to pay the $350.00 filing fee.  Accordingly,
5   this action is DISMISSED WITH PREJUDICE.  No filing fee is due.
6   The Clerk of the Court shall enter judgment and close the file.
7        IT IS SO ORDERED.
8   DATED: 4/20/07

    _____
    CLAUDIA WILKEN
    United States District Judge